# CIVIL COVER SHEET ADDENDUM

**Item I (a)**

**Continued list of Defendants:**

Greg Archambeault, Field Office Director, San Diego Field Office, U.S. Immigration and Customs Enforcement;

Kevin K. McAleenan, Acting Secretary of DHS;

Mark Morgan, Acting Director, U.S. Immigration and Customs Enforcement;

William Barr, Attorney General of the United States;

Robert Garcia Jr., Acting Warden, Otay Mesa Detention Center.

**Item I (b)**

**Continued list of Plaintiff's attorneys:**

Celso J. Perez (SBN 304924)
Lee Gelernt*
Michael K.T. Tan*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (646) 905-8935
F: (212) 549-2654
cperez@aclu.org
lgelernt@aclu.org
mtan@aclu.org

*Application for admission pro hac vice forthcoming

David Loy (SBN 229235)
Sarah Thompson (SBN 323188)
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
T: (619) 232-2121
F: (619) 232-0036
davidloy@aclusandiego.org
sthompson@aclusandiego.org